UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARTHELL TURNER**<br>    Plaintiff<br>versus<br>**VEOLIA ES SPECIAL SERVICES, INC. (d/b/a VEOLIA ENVIRONMENTAL SERVICES),**<br>    Defendant | **CIVIL ACTION**<br>**NO. 2:10-cv-04321-JCZ-JCW**<br>**SECTION: A**<br>**JUDGE JAY C. ZAINEY**<br>**MAGISTRATE JOSEPH C. WILKINSON, JR.** |

### JOINT MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Earthell Turner and Defendant, Veolia ES Special Services, Inc. ("Veolia"), who was named incorrectly in the Complaint as "Veolia ES Special Services, Inc. (d/b/a Veolia Environmental Services)," who respectfully suggest to this Court that Plaintiff has resolved all of his claims against Defendant and therefore, request an order be issued dismissing, with prejudice, all claims of Plaintiff against Defendant with each party to bear its own costs and attorney's fees.

Respectfully submitted,

*/s/ Tracy E. Kern*
Tracy E. Kern (LA #20246)
Celeste C. Laborde (LA #31821)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue – 50th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 582-8015
tkern@joneswalker.com
claborde@joneswalker.com

*Counsel for Defendant*

{N2342833.1}                              1

*/s/ Jody Forester Jackson*
JODY FORESTER JACKSON(#28938),TA
201 St. Charles Avenue, Suite 2500
New Orleans, Louisiana 70170
T: (504) 599-5953
F: (888) 988-6499
E: jjackson@jackson-law.net

*Counsel for Plaintiff*