UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARTHELL TURNER**<br>   Plaintiff<br>versus<br>**VEOLIA ES SPECIAL SERVICES, INC. (d/b/a VEOLIA ENVIRONMENTAL SERVICES),**<br>   Defendant | **CIVIL ACTION**<br>**NO. 2:10-cv-04321-JCZ-JCW**<br>**SECTION: A**<br>**JUDGE JAY C. ZAINEY**<br>**MAGISTRATE JOSEPH C. WILKINSON, JR.** |

### ORDER

Considering the above and foregoing Joint Motion to Dismiss (Rec. Doc. 40);

**IT IS HEREBY ORDERED** that this matter is dismissed in its entirety with prejudice and with each party to bear its own costs and attorney's fees.

New Orleans, Louisiana, this __18th__ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE